**STATE of Vermont v. Benjamin H. HUGINSKI, No. 11-79**

April 9, 1980. Appellee's brief shall be filed by May 9, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

**STATE of Vermont v. Rick FAYEN, No. 59-79**

April 9, 1980. Appellee's brief shall be filed by May 9, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

**Dorothy T. HOWARD v. CITY OF BARRE and Marcelino Setien, No. 72-79**

April 9, 1980. Appellee's brief shall be filed by May 9, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

**Lawrence and Jeanette LaQUERRE v. Arthur J. and Wilma J. MARTIN v. Guy H. and Uda B. Ladd, No. 80-79**

April 9, 1980. Appellee's brief shall be filed by May 9, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

**IN RE LUNDE CONSTRUCTION COMPANY, No. 99-79**

April 9, 1980. Appellee's brief shall be filed by May 9, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

**Kenneth and Barbara BROWN v. TOWN OF WINDSOR, No. 145-79**

April 9, 1980. Appellee's brief shall be filed by May 9, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

**THE HOWARD BANK v. IRON KETTLE RESTAURANT OF BOLTON, INC., and Elsa M. Morse; Leigh Lacaillade, Executor of the Estate of Monroe M. Lacaillade, No. 190-79**

April 9, 1980. Appellee's brief shall be filed by May 9, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.